**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000955
05-DEC-2019
07:56 AM**

NO. CAAP-18-0000955

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WOLFGANG DELLA SCALA, Plaintiff-Appellant, v.
MODDHA INTERACTIVE, INC.; MICHAEL PORRAZZO; VERONIKA SANDOR;
TATIANA SANDOR, Defendants-Appellees

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(DC-CIVIL NO. 18-1-1479)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of All Claims on Appeal and Request for Approval
and Order, filed November 21, 2019, by Defendants-Appellees
Moddha Interactive, Inc., Michael Porrazzo, Veronika Sandor, and
Tatiana Sandor, the papers in support, and the record, it appears
that: (1) the appeal has been docketed; (2) pursuant to Hawai'i
Rules of Appellate Procedure Rule 42(b), the parties stipulate to
dismiss the appeal and bear their own attorneys' fees and costs;

and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, December 5, 2019.

Presiding Judge

Associate Judge

Associate Judge